FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 1 5 2013

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                                          Criminal No. PJM 13-033

ALEXIS GORDON

Defendant

## MEMORANDUM OPINION

On January 25, 2013, Alexis Gordon, *pro se*, filed an Appeal from Magistrate Judge DiGirolamo's decision in her 36 C.F.R. §4.22(b)(1) Unsafe Operation (of a vehicle) case. On the same day, Gordon filed a Motion to Proceed on Appeal *In Forma Pauperis* (Paper No. 2). The Court **DENIES** the Motion to Proceed on Appeal *In Forma Pauperis*, for the following reasons.

A federal court may authorize the commencement of an action without prepayment of fees and costs or security therefor, by a person who submits an affidavit showing that he or she is unable to pay such costs or give security therefor. 28 U.S.C. § 1915(a)(1). The court has discretion to grant or deny such a petition, but its discretion is limited to a determination of the poverty and good faith of the applicant and the meritorious character of the cause as to which the relief was asked. *Dillard v. Liberty Loan Corp.*, 626 F.2d 363, 364 (4th Cir. 1980). An *in forma pauperis* applicant's affidavit will be deemed sufficient if it represents that the litigant, because of his or her poverty, is unable to pay for the court fees and costs, and to support and provide necessities for herself and her dependents. *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (citing *Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948).

In her Motion and Affidavit to Proceed *In Forma Pauperis*, Gordon states that she is employed. Her income, between $4000 and $4500 monthly, is well above the poverty level. While Gordon states that she will have a "medical procedure" and will experience a "loss of income," she is vague as to the loss of income or the length of time she will be affected by a loss of income. The Court therefore finds that Gordon has sufficient resources to proceed with this Appeal and may not proceed *in forma pauperis* status.

Gordon is **DIRECTED** to pay the filing fee within **twenty (20) days** from the date of this Opinion and Order, or her Appeal will be dismissed.

Assuming that Gordon pays the fee and goes forward, the Court will **DENY** the Government's Motion to Dismiss and **ACCEPT** Gordon's Supplemental Letter to her Appeal of Magistrate Judge Decision (Paper No. 4) as her Memorandum Stating Points of Law, Facts and Authorities required by Local Rule 302. However, Gordon must also provide either a transcript of the proceeding before the Magistrate Judge, or at a minimum, a disc of the proceeding, and must do so within **twenty (20) days** from the date of this Opinion and Order, or suffer dismissal of her Appeal.

Apart from this, it appears that Gordon may already have paid her ticket, which may moot her appeal. Government counsel should promptly address that issue in a written brief.

A separate **ORDER** will issue.

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE